JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS GASSOWAY, ) | Case No. CV 12-6065-JAK (SP) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| BOBBY PHILLIPS, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: ____8/10/15_____

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE